UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSEPH RAYMOND GEORGE,<br><br>        Defendant. | NO. 2:02-CR-00325 WBS |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PRINCIPAL LIFE, INSURANCE COMPANY, PRINCIPAL FINANCIAL GROUP, and their Successors and Assignees,<br><br>        Garnishee. | NO. 2:16-MC-00107 MCE EFB |

----oo0oo----

1

1         Examination of the above-entitled actions reveals that
2 the garnishee action is related to the criminal case within the
3 meaning of Local Rule 123(a) because the garnishee action was
4 filed to enforce the criminal restitution order imposed against
5 Joseph Raymond George in the criminal action.  Accordingly, the
6 assignment of the matters to the same judge is likely to effect a
7 substantial saving of judicial effort and is also likely to be
8 convenient for the parties.
9         The parties should be aware that relating the cases
10 under Local Rule 123 merely has the result that both actions are
11 assigned to the same judge; no consolidation of the actions is
12 effected.  Under the regular practice of this court, related
13 cases are generally assigned to the judge and magistrate judge to
14 whom the first filed action was assigned.
15         IT IS THEREFORE ORDERED that the actions denominated
16 <u>United States v. George</u>, No. 2:02-CR-00325 WBS and <u>United States
17 v. Principal Life Insurance Company, et al.</u>, 2:16-MC-00107 MCE
18 EFB, be, and the same hereby are, deemed related.  The case
19 denominated <u>United States v. Principal Life Insurance Company, et
20 al.</u>, 2:16-MC-00107 MCE EFB shall be reassigned to the Honorable
21 WILLIAM B. SHUBB.  Any dates currently set in the reassigned
22 cases only are hereby VACATED.  Henceforth, the captions on
23 documents filed in the reassigned cases shall be shown as <u>United
24 States v. Principal Life Insurance Company, et al.</u>, 2:16-MC-00107
25 WBS EFB.
26         IT IS FURTHER ORDERED that the Clerk of the Court
27 make appropriated adjustment in the assignment of civil cases to
28 compensate for this reassignment.

Dated: June 21, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE